| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Acting Chief, Criminal Division |
| 4 | ROBERT D. REES (CASBN 229441)<br>Assistant United States Attorney |
| 5 | |
| 6 | CHRISTOPHER B. CRAIG<br>Law Clerk |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 8 | Telephone: (415) 436-6782<br>Fax:        (415) 436-7234 |
| 9 | Email: christopher.craig@usdoj.gov |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0299 MAG |
| Plaintiff, | ) | |
| | ) | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION |
| v. | ) | |
| GIA H. TANG, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant Gia H. Tang without prejudice; he will continue to engage in outpatient treatment for his diagnosed mental disability.

DATED: 8/2/05

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ROBERT D. REES
Assistant United States Attorney

DISMISSAL OF INFORMATION
CR 05-0299 MAG

1 | Leave of court is granted to file the foregoing dismissal without prejudice.

2

3 | DATED: 4 Aug 05

4 | _____
BERNARD ZIMMERMAN
United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISMISSAL OF INFORMATION
CR 05-0299 MAG

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA et al, | Case Number: CR05-00299 MAG |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| Tang et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Rees
United States Attorney's Office
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

Josh Alan Cohen
Office of the Public Defender
450 Golden Gate Avenue
19th floor
San Francisco, CA 94102

Dated: August 4, 2005

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk